IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-112-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LAURA BALE,

    Defendant.

---

## INFORMATION
### Count 1: 18 U.S.C. §§ 1030(a)(2)(C) and 1030(c)(2)(B)

---

The United States Attorney for the District of Colorado charges that:

### COUNT 1

On or about March 28, 2011 to February 8, 2012, in the State and District of Colorado, LAURA BALE, defendant herein, intentionally accessed a computer without authorization, and thereby obtained information from a protected computer, as defined in 18 U.S.C. § 1030(e)(2)(B), and the offense was committed for purposes of commercial advantage and private financial gain, and the value of the information obtained exceeded $5,000. All in violation of 18 U.S.C. §§ 1030(a)(2)(C) and 1030(c)(2)(B)(i) and (iii).

JOHN F. WALSH
United States Attorney

By: *s/ David A. Tonini*
DAVID A. TONINI
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: david.tonini@usdoj.gov
Attorneys for the United States

DEFENDANT:     LAURA BALE

YOB:     1965

ADDRESS:     Sedalia, Colorado

COMPLAINT FILED?    \_\_\_\_YES    \_X\_\_NO

     IF YES, PROVIDE MAGISTRATE CASE NUMBER:
     IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    \_\_\_\_YES    \_X\_\_NO

OFFENSE:     Count 1: 18 U.S.C. § 1030(a)(2)(C), Computer Fraud.

LOCATION OF OFFENSE: Douglas County, Colorado.

PENALTY:     Count 1:     NMT 5 years imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment.

AGENT:     SA Scott Schons, FBI

AUTHORIZED BY: David A. Tonini, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:     Five days or less

THE GOVERNMENT:     **WILL NOT** seek detention in this case

The statutory presumption of detention **IS NOT** applicable to this defendant.

**OCDEF CASE**:    \_\_\_\_YES    \_X\_\_NO